# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolski, Victor J. | U.S. Court of Federal Claims | 06/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

H.T.Markey National Cts. Bldg.
717 Madison Pl., N.W.
Washington, DC 20005

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | Public Contract Law Journal |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | General Electric Co. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 06/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. YUM Common Stock | A | Dividend | J | T | | | | | |
| 2. U.S. Senate F.C.U. Accounts | A | Int./Div. | M | T | | | | | |
| 3. IRA, Lincoln Financial Advisors (FDRXX) | A | Dividend | | | Closed | 10/16/13 | J | | |
| 4. Columbia Property Trust, Inc. (CXP, formerly Wells REIT II) (IRA) | A | Dividend | | | Sold | 11/22/13 | J | | |
| 5. IRA, Lincoln Financial Advisors (FRDTX) | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 6. IRA, Lincoln Financial Advisors (DVECX) | | None | | | Sold | 11/22/13 | K | D | |
| 7. IRA, Lincoln Financial Advisors (GFACX) | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 8. IRA, Lincoln Financial Advisors (PTTCX) | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 9. IRA, Lincoln Financial Advisors (LCEVX) | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 10. IRA, Lincoln Financial Advisors (AGTHX) | A | Dividend | | | Sold | 11/22/13 | K | E | |
| 11. IRA, Lincoln Financial Advisors (DFCIX) | | None | | | Sold | 11/22/13 | K | E | |
| 12. IRA, Lincoln Financial Advisors (POVSX) | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 13. Columbia Equity Value A (IEVAX, formerly NVLEX) (IRA) | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 14. IRA, Lincoln Financial Advisors (SMVAX) | A | Dividend | | | Sold | 11/22/13 | K | E | |
| 15. IRA, Lincoln Financial Advisors (CFICX) | A | Dividend | | | Sold | 11/22/13 | K | C | |
| 16. IRA, Lincoln Financial Advisors (DPREX) | A | Dividend | | | Sold | 11/22/13 | K | D | |
| 17. IRA, Lincoln Financial Advisors (HGHAX) | A | Dividend | | | Sold | 11/22/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA, Lincoln Financial Advisors (AEPGX) | A | Dividend | | | Sold | 11/22/13 | J | B | |
| 19. Fidelity Joint Brokerage Account | A | Interest | J | T | | | | | |
| 20. Lincoln Financial Advisers (FDAXX) | A | Dividend | | | Closed | 10/16/13 | K | | |
| 21. PIMCO Emerging Markets Bond Fund D5 (PEMDX) (X) | A | Dividend | J | T | | | | | |
| 22. Schwab Government Money Fund (SWGXX) (IRA) | A | Dividend | J | T | Open | 12/09/13 | J | | |
| 23. DoubleLine Total Return Bond Fund Class I (DBLTX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 24. Ivy High Income I (IVHIX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 25. PIMCO Total Return Fund Inst'l Class (PTTRX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 26. Templeton Global Bond Fund Class A (TPICZ) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 27. Vanguard Intermediate-Term Investment-Grade Fund (VFICX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 28. Vanguard Short-Term Investment-Grade Fund Inv Cl (VFSTX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 29. Vanguard Total Bond Market Index Fund Signal (VBTSX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 30. DFA Emerging Markets Core Equity Port Inst'l (DFCEX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 31. DFA Emerging Markets Value Port Inst'l (DFEVX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 32. DFA Int'l Small Co Port Inst'l (DFISX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 33. DFA Large Cap Int'l Port Inst'l (DFALX) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 34. DFA US Large Cap Value Port Inst'l (DFLVX) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. DFA US Small Cap Port Inst'l (DFSTX) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 36. Guggenheim BulletShares 2018 Corp Bond ETF (BSCI) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 37. Guggenheim Russell Top 50 Mega Cap Index ETF (XLG) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 38. iShares Core S&P 500 ETF Index (IVV) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 39. iShares MSCI EAFE Value ETF (EFV) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 40. iShares Russell Mid-Cap ETF (IWR) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 41. iShares Russell Mid-Cap Value ETF (IWS) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 42. WisdomTree LargeCap Dividend Fund (DLN) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 43. WisdomTree SmallCap Dividend Fund (DES) (IRA)) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 44. iShares iBoxx $ Investment Grade Corporate Bond ETF (LQD) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 45. iShares 1-3 Year Credit Bond ETF (CSJ) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 46. iShares MSCI EAFE ETF (EFA) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 47. iShares Russell 2000 Value ETF (IWN) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 48. iShares iBoxx $ High Yield Corporate Bond ETF (HYG) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 49. PIMCO Total Return Exchange-Traded Fund (BOND) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 50. Vanguard Total Bond Market ETF (BND) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 51. Vanguard FTSE Emerging Markets ETF (VWO) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Value ETF (VTV) (IRA) | A | Dividend | K | T | Buy | 11/22/13 | K | | |
| 53. WisdomTree Emerging Markets Local Debt Fund (ELD) (IRA) | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 54. Schwab Municipal Money Fund (SWXXX) | A | Dividend | K | T | Open | 10/25/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wolski, Victor J.** | 06/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3:  Cash in IRA fund rolled into other fund (line 22) when investment advisors changed.

Part VII, lines 4 through 18:  REIT and mutual funds in IRAs were sold and money invested in other funds (lines 23 through 53).

Part VII, lines 20 and 54:  Money in account (FDAXX) created in December 2012 to hold proceeds of stock sales, was rolled into a different fund account (SWXXX) on October 25, 2013.

Part VII, line 21:  Mutual fund purchased in 2012 through joint brokerage account, inadvertently omitted from prior year's report.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 06/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor J. Wolski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544